THE NEW YORK CENTRAL RAILROAD COMPANY v. THE FEDERAL SUGAR REFINING COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.